**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-1541**

---

THOMAS J. AYERS,

        Plaintiff - Appellant,

     v.

JOSEPH MARKIEWICZ; MARY BETH MARKIEWICZ; DOUGLAS WEIR; LEADERSHIP TEAM DEVELOPMENT, INC.; AMWAY CORPORATION,

        Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:23-cv-00442-D-BM)

---

Submitted:  October 10, 2024                  Decided:  October 15, 2024

---

Before WILKINSON and AGEE, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Thomas J. Ayers, Appellant Pro Se.  Joseph Walker Fulton, Geoffrey Alexander Marcus, Elizabeth A. Martineau, MARTINEAU KING PLLC, Charlotte, North Carolina; Luke Andrew Dalton, MCANGUS GOUDELOCK & COURIE, PLLC, Raleigh, North Carolina; Steven Andrew Bader, Raleigh, North Carolina, Patrick Houghton Flanagan, Ariella Zulman Walsh, CRANFILL SUMNER, LLP, Charlotte, North Carolina; Edward Joseph Bardelli, Daniel Stephen Brookins, WARNER, NORCROSS & JUDD, LLP, Grand Rapids, Michigan, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas J. Ayers appeals the district court's order granting Defendants' motions to compel arbitration, dismissing his civil action, and ordering that he arbitrate his claims. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Ayers v. Markiewicz*, No. 5:23-cv-00442-D-BM (E.D.N.C. May 9, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*